IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:11CR189 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ABDIAZIZ YOSUF MOHAMED, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion for an extension of time by defendant Abdiaziz Yosuf Mohamed (Mohamed) (Filing No. 15). Mohamed seeks an extension from September 28, 2011, to November 12, 2011, in which to file pretrial motions in accordance with the progression order. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Mohamed's motion for an extension of time (Filing No. 15) is granted. Mohamed is given until **on or before November 15, 2011,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **September 28, 2011, and November 15, 2011**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 4th day of October, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge